Robert A. Naeve (State Bar No. 106095)
RNaeve@jonesday.com
Melissa M. Yoon (State Bar No. 209663)
MYoon@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendants
TARGET CORPORATION and
PIZZA HUT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GONSALVES and MARY FOWLER,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TARGET CORPORATION; MADISON BAYFAIR, LLC; PIZZA HUT, INC. AND DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. C09-03966 TEH<br><br>Assigned for all purposes to Honorable Thelton E. Henderson<br><br>[~~PROPOSED~~] ORDER CONTINUING DEADLINE TO COMPLETE JOINT SITE INSPECTION PURSUANT TO GENERAL ORDER 56 |

| | |
|---|---|
| 1 | FOR GOOD CAUSE SHOWN, the Court hereby ORDERS that the deadline |
| 2 | by which to complete the joint site inspection mandated by General Order No. 56 is |
| 3 | continued from December 7, 2009 to March 1, 2010. |
| 4 | |
| 5 | |
| 6 | Dated: _____12/21/09_____ |



Judge Thelton E. Henderson
U.S. District Judge