Robert A. Naeve (State Bar No. 106095)
RNaeve@jonesday.com
Melissa M. Yoon (State Bar No. 209663)
MYoon@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92614
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendants
TARGET CORPORATION and
PIZZA HUT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GONSALVES and MARY FOWLER,<br><br>           Plaintiffs,<br><br>     v.<br><br>TARGET CORPORATION; MADISON BAYFAIR, LLC; PIZZA HUT, INC. AND DOES 1-10, INCLUSIVE,<br><br>           Defendants. | Case No. C09-03966 TEH<br><br>Assigned for all purposes to Honorable Thelton E. Henderson<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE JOINT SITE INSPECTION PURSUANT TO GENERAL ORDER 56** |

1    FOR GOOD CAUSE SHOWN, the Court hereby ORDERS that the deadline

2  by which to complete the joint site inspection mandated by General Order No. 56 is

3  continued from December 7, 2009 to March 1, 2010.

4

5

6  Dated: _____12/21/09_____    _____

7                                                    Judge Thelton E. Henderson
                                                     U.S. District Judge
8

9

10                                    Judge Thelton E. Henderson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    [Proposed] Order Continuing
                                                    Joint Site Inspection
                                                    Case No. C09-03966 TEH