1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert A. Naeve (State Bar No. 106095)
RNaeve@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92614
Telephone:     (949) 851-3939
Facsimile:     (949) 553-7539

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
JONES DAY
San Francisco, California 94104
Telephone:   (415) 875-5808
Facsimile:   (415) 875-5700

Attorneys for Defendants
TARGET CORPORATION and
PIZZA HUT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GONSALVES and MARY FOWLER,<br><br>        Plaintiffs,<br><br>     v.<br><br>TARGET CORPORATION; MADISON BAYFAIR, LLC; PIZZA HUT, INC.; AND DOES 1-10, INCLUSIVE,<br><br>        Defendants. | Case No. C09-03966 TEH<br><br>Assigned for all purposes to<br>Honorable Thelton E. Henderson<br><br>**STIPULATION REGARDING DISMISSAL WITH PREJUDICE OF DEFENDANT MADISON BAYFAIR, LLC**<br><br>[[Proposed] Order Submitted Concurrently Herewith] |

Plaintiffs James Gonsalves and Mary Fowler ("Plaintiffs") and Defendants Target Corporation, Pizza Hut, Inc., and Madison Bayfair, LLC (collectively, "Defendants") stipulate and jointly move the Court for an order dismissing Defendant Madison Bayfair, LLC for the reasons set forth herein:

1.     On August 27, 2009, Plaintiffs filed this action asserting claims against Defendants for injunctive relief and damages pursuant to California Civil Code sections 51, 52, 54, 54.1, 54.3, and 55; California Health & Safety Code sections 19955 *et seq.*; and a claim for injunctive relief pursuant to Title III of the Americans with Disabilities Act.  Plaintiffs allege that they are physically disabled and that on multiple occasions since August 27, 2007, they have patronized or attempted to patronize the Target department store located at 15555 East 14th Street, Suite 400, San Leandro, California (the Target department store is hereinafter referred to as the "Property"). Plaintiffs further allege that the Property is inaccessible to Plaintiffs and other allegedly disabled persons.

2.     Target Corporation has owned the Property since January 23, 2006, and is solely responsible for operating and maintaining the Property, including the areas that Plaintiffs allege are inaccessible.

3.     Madison Bayfair, LLC and its affiliates and subsidiaries have not owned, operated, managed, or controlled the Property or any areas within the Property since January 23, 2006.

4.     Defendants Target and Pizza Hut will not, in future proceedings associated with this case, allege that Madison Bayfair, LLC is responsible for any of the acts or omissions alleged by Plaintiffs or claim that any of Plaintiff's attorneys' fees should be attributed solely to Madison Bayfair, LLC.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1    5.    Accordingly, Plaintiffs agree to dismiss their Complaint with prejudice against

2  defendant Madison Bayfair, LLC.

3  Dated: March 15, 2010.                    JONES DAY

4

5
                                            By:    /S/ Aaron Agenbroad
6                                                       Aaron Agenbroad

7
                                            Attorneys for Defendants
8                                           TARGET CORPORATION and
                                            PIZZA HUT, INC.
9                                           E-mail:  alagenbroad@jonesday.com

10

11  Dated: March 15, 2010.                    LAW OFFICES OF PAUL REIN

12

13
                                            By:    /S/ Paul Rein
14                                                     Paul Rein

15                                          Attorneys for Plaintiffs
                                            JAMES GONSALVES and
16                                          MARY FOWLER
                                            E-mail:  cmcguinness@reinlawoffice.com
17

18

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25

26

27

28

Dated: March 15, 2010.                    BRADLEY & GMELICH


                                          By:    /S/ Dean Guerrero
                                                   Dean Guerrero

                                          Attorneys for Defendant
                                          MADISON BAYFAIR, LLC
                                          E-mail:  dguerrero@bglawyers.com




                              ~~PROPOSED~~ ORDER

        PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

ORDERED.



_____            _____
        03/16/10
Dated                                     Honorable Thelton E. Henderson
                                          United States District Court for Judge

SFI-632363v1