1   Robert A. Naeve (State Bar No. 106095)
2   RNaeve@jonesday.com
    JONES DAY
3   3161 Michelson Drive, Suite 800
    Irvine, California  92614
4   Telephone:     (949) 851-3939
    Facsimile:     (949) 553-7539
5
6   Aaron L. Agenbroad (State Bar No. 242613)
    alagenbroad@jonesday.com
7   JONES DAY
    San Francisco, California 94104
8   Telephone:  (415) 875-5808
    Facsimile:   (415) 875-5700
9
10  Attorneys for Defendants
    TARGET CORPORATION and
11  PIZZA HUT, INC.

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

15

16  JAMES GONSALVES and MARY            Case No. C09-03966 TEH
    FOWLER,
17                                      Assigned for all purposes to
                  Plaintiffs,           Honorable Thelton E. Henderson
18
          v.                            **STIPULATION REGARDING**
19                                      **DISMISSAL WITH PREJUDICE OF**
    TARGET CORPORATION; MADISON         **DEFENDANT MADISON BAYFAIR,**
20  BAYFAIR, LLC; PIZZA HUT, INC.; AND  **LLC**
    DOES 1-10, INCLUSIVE,
21                                      [[Proposed] Order Submitted Concurrently
                  Defendants.           Herewith]
22

23

24        Plaintiffs James Gonsalves and Mary Fowler ("Plaintiffs") and Defendants Target

25  Corporation, Pizza Hut, Inc., and Madison Bayfair, LLC (collectively, "Defendants") stipulate

26  and jointly move the Court for an order dismissing Defendant Madison Bayfair, LLC for the

27  reasons set forth herein:

28

1     1. On August 27, 2009, Plaintiffs filed this action asserting claims against Defendants

2    for injunctive relief and damages pursuant to California Civil Code sections 51, 52, 54, 54.1,

3    54.3, and 55; California Health & Safety Code sections 19955 *et seq.*; and a claim for injunctive

4    relief pursuant to Title III of the Americans with Disabilities Act.  Plaintiffs allege that they are

5    physically disabled and that on multiple occasions since August 27, 2007, they have patronized or

6    attempted to patronize the Target department store located at 15555 East 14th Street, Suite 400,

7    San Leandro, California (the Target department store is hereinafter referred to as the "Property").

8    Plaintiffs further allege that the Property is inaccessible to Plaintiffs and other allegedly disabled

9    persons.

10    2. Target Corporation has owned the Property since January 23, 2006, and is solely

11   responsible for operating and maintaining the Property, including the areas that Plaintiffs allege

12   are inaccessible.

13    3. Madison Bayfair, LLC and its affiliates and subsidiaries have not owned, operated,

14   managed, or controlled the Property or any areas within the Property since January 23, 2006.

15    4. Defendants Target and Pizza Hut will not, in future proceedings associated with

16   this case, allege that Madison Bayfair, LLC is responsible for any of the acts or omissions alleged

17   by Plaintiffs or claim that any of Plaintiff's attorneys' fees should be attributed solely to Madison

18   Bayfair, LLC.

19   \\\

20   \\\

21   \\\

22   \\\

23   \\\

24   \\\

25   \\\

26   \\\

27   \\\

28   \\\

Stipulation Regarding Dismissal
Case No. C09-03966 TEH

1          5.       Accordingly, Plaintiffs agree to dismiss their Complaint with prejudice against

2     defendant Madison Bayfair, LLC.

3     Dated: March 15, 2010.                          JONES DAY

4

5

6                                                     By:     /S/ Aaron Agenbroad
                                                                Aaron Agenbroad
7
                                                      Attorneys for Defendants
8                                                     TARGET CORPORATION and
                                                      PIZZA HUT, INC.
9                                                     E-mail:  alagenbroad@jonesday.com

10

11    Dated: March 15, 2010.                          LAW OFFICES OF PAUL REIN

12

13                                                    By:     /S/ Paul Rein
14                                                              Paul Rein

15                                                    Attorneys for Plaintiffs
16                                                    JAMES GONSALVES and
                                                      MARY FOWLER
17                                                    E-mail:  cmcguinness@reinlawoffice.com

18

19    \\\

20    \\\

21    \\\

22    \\\

23    \\\

24    \\\

25    \\\

26

27

28

                                           3
                                                              Stipulation Regarding Dismissal
                                                              Case No. C09-03966 TEH

1

2    Dated: March 15, 2010.                    BRADLEY & GMELICH

3

4                                              By:    /S/ Dean Guerrero
                                                      Dean Guerrero
5

6                                              Attorneys for Defendant
                                               MADISON BAYFAIR, LLC
7                                              E-mail:  dguerrero@bglawyers.com

8

9

10

11

12                            ~~PROPOSED~~ ORDER

13           PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

14    ORDERED.

15

16

17    _____              _____
           03/16/10
18    Dated                                Honorable Thelton E. Henderson
                                           United States District Court Judge
19

20

21

22

23

24

25

26    SFI-632363v1

27

28

                                    4
                                                    Stipulation Regarding Dismissal
                                                    Case No. C09-03966 TEH