Robert A. Naeve (State Bar No. 106095)
rnaeve@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
JONES DAY
San Francisco, California 94104
Telephone: (415) 875-5808
Facsimile: (415) 875-5700

Attorneys for Defendants
TARGET CORPORATION and
PIZZA HUT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GONSALVES and MARY FOWLER,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION; MADISON BAYFAIR, LLC; PIZZA HUT, INC.; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. C09-03966 THE<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

Pursuant to Federal Rule of Civil Procedure 41(a), and by stipulation of counsel for all parties who have appeared in the action, plaintiffs James Gonsalves and Mary Fowler hereby dismiss the above-captioned action in its entirety as to all parties and all causes of action, with prejudice.

This stipulation will have no effect on the binding nature or enforceability of the Consent Decree and Order entered by the Court on July 28, 2010. The Court will retain jurisdiction to enforce that Consent Decree.

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Case No. C09-03966 THE

IT IS SO STIPULATED.

Dated: August 19, 2010

Jones Day

By: /s/ Aaron L. Agenbroad
Aaron L. Agenbroad

Counsel for Defendant Target Corporation and Pizza Hut, Inc.

Dated: August 19, 2010

Law Offices of Paul L. Rein

By: /s/ Paul L. Rein
Paul L. Rein

Counsel for Plaintiffs James Gonsalves and Mary Fowler

SFI-647281v1

**IT IS SO ORDERED**
/s/ Thelton E. Henderson
Judge Thelton E. Henderson
08/23/10
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE

- 2 -

Case No. C09-03966 THE