| | |
|---|---|
| 1 | Robert A. Naeve (State Bar No. 106095) |
| 2 | rnaeve@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive, Suite 800<br>Irvine, California 92614 |
| 4 | Telephone: (949) 851-3939<br>Facsimile: (949) 553-7539 |
| 5 | |
| 6 | Aaron L. Agenbroad (State Bar No. 242613)<br>alagenbroad@jonesday.com |
| 7 | JONES DAY<br>San Francisco, California 94104 |
| 8 | Telephone: (415) 875-5808<br>Facsimile: (415) 875-5700 |
| 9 | |
| 10 | Attorneys for Defendants<br>TARGET CORPORATION and |
| 11 | PIZZA HUT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GONSALVES and MARY FOWLER,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION; MADISON BAYFAIR, LLC; PIZZA HUT, INC.; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. C09-03966 THE<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

Pursuant to Federal Rule of Civil Procedure 41(a), and by stipulation of counsel for all parties who have appeared in the action, plaintiffs James Gonsalves and Mary Fowler hereby dismiss the above-captioned action in its entirety as to all parties and all causes of action, with prejudice.

This stipulation will have no effect on the binding nature or enforceability of the Consent Decree and Order entered by the Court on July 28, 2010. The Court will retain jurisdiction to enforce that Consent Decree.

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE                                             Case No. C09-03966 THE

1     IT IS SO STIPULATED.

3 Dated: August 19, 2010

                                        Jones Day

                                        By: _____
                                            Aaron L. Agenbroad

                                        Counsel for Defendant Target Corporation and Pizza Hut, Inc.

Dated: August 19, 2010

                                        Law Offices of Paul L. Rein

                                        By: _____
                                            Paul L. Rein

                                        Counsel for Plaintiffs James Gonsalves and Mary Fowler

SFI-647281v1

**[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]**

IT IS SO ORDERED
/s/ Thelton E. Henderson
Judge Thelton E. Henderson
08/23/10